𝕌𝕟𝕚𝕥𝕖𝕕 𝕊𝕥𝕒𝕥𝕖𝕤 𝕔𝕠𝕦𝕣𝕥 𝕠𝕗 𝔸𝕡𝕡𝕖𝕒𝕝𝕤
Tenth Circuit
Post Office Box 10113
Santa Fe, New Mexico 87504-6113

Paul J. Kelly, Jr.
Circuit Judge

Telephone
(505) 988-6541

April 21, 2009

Margaret D. Edwards Flynn
c/o 739 Dalbey Dr.
Las Vegas, NM 87701

Re:  6:08-cv-00186-JB-ACT, Edwards-Flynn v. Yara

Dear Ms. Edwards Flynn:

I am in receipt of your letter dated April 17, 2009, taking issue with Judge Browning's rulings in the above case. Docs. 56 & 57. I note that you have filed objections to those rulings. Docs. 58 & 59. Judge Browning is the assigned district judge. It would be inappropriate for me to comment on a pending case.

Sincerely,

Paul J. Kelly, Jr.

c:  Hon. James O. Browning
    333 Lomas Blvd. NW
    Albuquerque, NM   87102

    Christopher M. Grimmer, Esq.
    Tony F. Ortiz, Esq.
    Scheuer, Yost & Patterson
    P.O. Drawer 9570
    Santa Fe , NM 87504

    Michael W. Brennan, Esq.
    Brennan & Sullivan, P.A.
    128 East DeVargas
    Santa Fe , NM 87501

rec'd 4-22-09