**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
PETE V. DOMENICI UNITED STATES COURTHOUSE
333 LOMAS BLVD., N.W., SUITE 660
ALBUQUERQUE, NEW MEXICO 87102
TELEPHONE - (505) 348-2280
FACSIMILE - (505) 348-2285

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 22 2009

MATTHEW J. DYKMAN
CLERK

JAMES O. BROWNING
District Judge

July 18, 2009

**VIA FIRST CLASS MAIL**

Margaret D. Edwards-Flynn
c/o 739 Dalbey Drive
Las Vegas, New Mexico 87701

**VIA FACSIMILE (505) 982-1621 and FIRST CLASS MAIL**

Christopher M. Grimmer
Tony F. Ortiz
Scheuer, Yost & Patterson
Post Office Drawer 9570
Santa Fe, New Mexico 87504-1508

  Re: *Edwards-Flynn v. Yara,* No. CIV 08-186 JB/ACT

Dear Ms. Edwards-Flynn and Messrs. Grimmer and Ortiz:

  As requested, enclosed is a copy of my Oath of Office for United States Judges.

  If anyone has any questions about the above, please contact my Courtroom Deputy Clerk, K'Aun Wild.  Best regards.

Sincerely,

James O. Browning
United States District Judge

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, ....James O. Browning........................................, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as .United.States.District.Judge......... under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

*[signature: James O. Browning]*

Subscribed and sworn to (or affirmed) before me this ......6th................ day of ..August.................................... 2003.

*[signature: James A. Parker]*

Actual abode  Albuquerque, New Mexico    Chief Judge, United States District Court

Official station Albuquerque, New Mexico

Date of birth [REDACTED]

Date of entry on duty  August 6, 2003

CERTIFIED a True Copy of the original filed in my office.
Robert M. March, Clerk
by _____
        Deputy

*Title 28, sec. 456 United States Code, as amended.